UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BILL OF COSTS

C.A. 13-4322

Caption: Gehringer, et al. v. Atlantic Detroit Diesel Allison, et al.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Docketing Fee $450.00 | | | .10 | | | 2.07 | | |
| Brief | 7 | 37 | 1.20 | | | 25.34 | 336.14 | $ 27.97 |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL $336.14 | $ 27.97 | |

Brief Produced by Reproduction: ☒      Brief Produced by Photocopy: ☐
                                                             In House: ☐
                                                             Commercial: ☐

Unless document was produced by in house photocopy, receipts must be attached.

I, Scott M. Wich, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

Signature _____   Date: Dec. 15, 2014
Attorney for: Appellee, Atlantic Detroit Diesel-Allison

A certificate of service must accompany this form.

**For Court Use Only**

After review, it is ordered that costs will be taxed in the amount of $ 27.97.

Marcia M. Waldron, Clerk
By: _____
Deputy Clerk                          Date: DEC 16 2014

# Invoice

**Counsel Press LLC**
SDS-12-2802
PO Box 86
Minneapolis, MN 55486-2802

Invoice Number: 0009048932
Date: 05/01/2014
Fed. Tax ID: 43-2070509
Terms: ON RECEIPT

**Sold To**

Clifton Budd & DeMaria, LLP
The Empire State Building
350 Fifth Avenue
61st Floor
New York, NY 10118   USA

Attention: Stefanie R. Munsky, Esq.

File No.: 253274
Court: USCOA - 3RD
Case Name: Gehringer v. Atlantic Detroit Diesel

| | | | Amount |
|---|---|---|---|
| For Reproduction of: | | | |
| APPELLEE'S BRIEF - (10 copies, 37 pages) | | | |
| → 1.00 Preparation of Brief | @ | $445.00 | $445.00 ← |
| 1.00 Electronic File Production and Review | @ | $65.00 | $65.00 |
| 1.00 File(s) Uploaded | @ | $35.00 | $35.00 |
| 1.00 Filing of Documents | @ | $75.00 | $75.00 |
| 1.00 Federal Express - Filing | @ | $28.00 | $28.00 |

01-MCE

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $648.00 |
| Sales Tax | $57.51 |
| | $ 0.00 |
| Payment/Credit | $0.00 |
| **Balance** | **$705.51** |

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA - CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON, MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - WALTON, NY

Case: 13-4322 Document: 003111822125 Page: 3 Date Filed: 12/16/2014

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

------------------------------------x
:
JOHN GEHRINGER, et al., : Case No. 13-4322
:
      Appellants, :
: **AFFIDAVIT OF SERVICE**
      v. : **BY FIRST CLASS MAIL**
:
ATLANTIC DETROIT DIESEL :
ALLISON, et al., :
:
      Appellees. :
:
------------------------------------x

STATE OF NEW YORK  )
                    : ss.
COUNTY OF NEW YORK  )

      VIRGINIA CUATON, deposes and says:

      I am not a party of the action, I am over 18 years of age, and I reside in Jersey City, New Jersey.

      On December 15, 2014, I served the within **Bill of Costs with supporting document** upon:

Leonard Z. Kaufmann              Vincent M. Giblin
Cohn, Lifland, Pearlman,       Pitta & Giblin
  Herrmann & Knopf              120 Broadway, 28th Floor
Park 80 West - Plaza One       New York NY 10271
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663-0000

at the address designated by said attorney for that purpose, by depositing true copies of the same enclosed in a postage-paid, properly addressed wrapper in a depository under the exclusive care and custody of the United States Post Office within New York State.

                                              _____
                                              VIRGINIA CUATON

Sworn to before me this
15th day of December 2014

_____
Notary Public

                          JAMIE LANG
              NOTARY PUBLIC - STATE OF NEW YORK
                    NO. 02LA6204710
              QUALIFIED IN NASSAU COUNTY
            COMMISSION EXPIRES MAY 11, 20 17