# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

**SCOTT M. WICH**
PARTNER
E-MAIL: SMWICH@CBDM.COM
ADMITTED TO PRACTICE IN NEW YORK, CONNECTICUT,
NEW JERSEY AND MASSACHUSETTS

December 29, 2014

**VIA ELECTRONIC FILING**
Clerk of the Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania  19106-1790

> Re:  Gehringer, et al. v. Atlantic Detroit Diesel Allison, et al.
>      C.A. No. 13-4322

Dear Clerk of the Court:

This law firm represents the Appellee, Atlantic Detroit Diesel – Allison ("ADDA"), in the above-referenced matter.  I am writing to request that the Clerk's office reconsider the taxing of the Bill of Costs previously submitted by ADDA, as it appears that the determination might not have considered the second page of the submitted Bill, which details the invoice from ADDA's appellate printer.

On ADDA's Bill of Costs, the Clerk's office struck the reproduction rate for the reproduction of ADDA's briefs and inserted the Court's photocopy rate of $0.10 per page, despite the attached invoice (page 2 of the Bill of Costs) stating that the briefs were produced by reproduction.  Also, the Clerk's office appears to have applied the Philadelphia sales tax rate of 8%, as opposed to the sales tax rate reflected on the attached invoice (8.875%) for the services rendered to Appellee in New York City.

The instant Bill of Costs was submitted in an identical manner to the Bill of Costs submitted by our office in Plaso v. IJKG, et al., C.A. No. 13-2565, which was taxed by the Clerk's office at the reproduction rate and sales tax rate reflected in the supporting invoice.

Thank you for your courtesies in the review of this matter.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP

By: s/ Scott M. Wich
Scott M. Wich

cc:    Leonard Kaufmann (via ECF)
       Vincent Giblin (via ECF)