UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-4322**

Gehringer v. Atlantic Detroit Diesel Allison LLC

To:     Clerk

1)     Letter dated December 29, 2014 from Appellee construed as Motion to Reconsider the Adjusted Costs

    The foregoing motion is granted.  Costs will be taxed against Appellants in the amount of $336.14.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated:     January 14, 2015
tyw/cc:     Leonard Z. Kaufmann, Esq.
           Stefanie R. Munsky, Esq.
           Scott M. Wich, Esq.
           Vincent M. Giblin, Esq.